IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LESLIE HOUSER, "Abe"; RODNEY
JEFFERY; ROBERT ROBINSON;
GUSTAVO HURTADO; and
BRADLEY CANTRELL                                             PLAINTIFFS

v.                      No. 4:23-cv-444-DPM

IGOR DRANCHUK; CAPITOL TRUCKING
INC.; ACCORD TRUCKING INC; and
JOHN DOES 1-10                                               DEFENDANTS

ORDER

1.  The motion for default judgment against Accord Trucking, *Doc. 3*, is denied. Accord Trucking timely answered after Capitol Trucking filed its notice of removal. Fed. R. Civ. P. 81(c); *Doc. 4*.

2.  The unopposed motion to withdraw service defenses, *Doc. 12*, is granted. Accord Trucking, Capitol Trucking, and Dranchuk's service defenses are withdrawn.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 September 2023