IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LESLIE HOUSER, "Abe"; RODNEY
JEFFERY; ROBERT ROBINSON;
GUSTAVO HURTADO; and
BRADLEY CANTRELL                                                                    PLAINTIFFS

v.                          No. 4:23-cv-444-DPM

IGOR DRANCHUK; CAPITOL TRUCKING,
INC.; ACCORD TRUCKING, INC; and
JOHN DOES 1-10                                                                       DEFENDANTS

ORDER

1. Joint stipulation of dismissal, *Doc. 31*, noted. The parties have settled Houser's, Jeffery's, Robinson's, and Hurtado's claims. Congratulations. Those claims will be dismissed with prejudice; but the Court will retain jurisdiction for a time to enforce the settlement.

2. The remaining plaintiff, Bradley Cantrell, is *pro se*. In an earlier Order, the Court directed him to respond to the defendants' written discovery by 9 July 2024. *Doc. 28*. And, at the Court's direction, his former attorney sent him a copy of that Order. *Doc. 29*. Cantrell has not responded to the discovery requests. Nor has he requested more time to do so. The embedded Rule 41(b) motion, *Doc. 31 at 1*, is therefore granted. Cantrell's claims will be dismissed without

prejudice.  Fed. R. Civ. P. 41(b);  *First General Resources Co. v. Elton Leather Corp.*, 958 F.2d 204, 206 (8th Cir. 1992) (*per curiam*).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 August 2024