IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LESLIE HOUSER, "Abe"; RODNEY
JEFFERY; ROBERT ROBINSON;
GUSTAVO HURTADO; and
BRADLEY CANTRELL                                                         PLAINTIFFS

v.                        No. 4:23-cv-444-DPM

IGOR DRANCHUK; CAPITOL TRUCKING,
INC.; ACCORD TRUCKING, INC; and
JOHN DOES 1-10                                                            DEFENDANTS

## JUDGMENT

1. Houser's Jeffery's, Robinson's and Hurtado's claims are dismissed with prejudice. The Court retains jurisdiction until 25 October 2024 to enforce the parties' settlement.

2. Cantrell's claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

26 August 2024